IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SERGIO TAVAR LONGORIA                                        PETITIONER

v.                          NO. 4:07CV00075   JMM-JFF

CARL BYRD, Sheriff,
Faulkner County Jail                                          RESPONDENT

# PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge James M. Moody. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than eleven (11) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite 402
Little Rock, AR 72201-3325

## **DISPOSITION**

Before the Court is the Petitioner's petition for writ of habeas corpus. For the reasons that follow, the Magistrate Judge undersigned recommends that the petition be summarily dismissed.

On February 7, 2007, Petitioner filed his habeas corpus petition in this Court. He contends that he is being illegally held in the Faulkner County Jail "under detainer by the United States Marshals Service, from the Southern District of Texas." He also contends that "[f]or over (68) days Petitioner has been illegally held for transfer by the U.S. Marshals against his constitutionally [sic] rights, by Faulkner County Jail Staff." Petitioner alleges that on September 6, 2006, he was transferred from the Garland County Detention Center to the Faulkner County Jail "for a charge of theft by receiving."

He further alleges that on November 22, 2006, he plead guilty to theft by receiving in Faulkner County Circuit Court and that he was sentenced to sixty months' probation. He alleges that since November 22, 2006, he has been held illegally at the Faulkner County Jail due to the detainer.

Petitioner has styled his petition as a habeas corpus petition pursuant to 28 U.S.C. § 2254. Petitioner is challenging the validity of the federal detainer and his state custody on the detainer. Typically, the appropriate remedy for a challenge to a federal detainer is 28 U.S.C. § 2241, while the appropriate remedy for a challenge to state custody on a state conviction and sentence is § 2254. Petitioner is not challenging his state conviction and sentence of probation. While Petitioner was in state custody at the time he filed his habeas corpus petition, he was in state custody by virtue of the federal detainer, not because of his state conviction and sentence of probation. Under the circumstances, the Magistrate Judge finds that the appropriate remedy for Petitioner's challenge is 28 U.S.C. § 2241.

In order to be entitled to relief under § 2241, a petitioner must demonstrate that he is "in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3). A federal habeas corpus petition is required to "specify all the grounds for relief available to the petitioner" and "state the facts supporting each ground." Rule 2(c) of the Rules Governing Section 2254 Cases in the United States District Courts; *Mayle v. Felix*, 545 U.S. 644, 655 (2005). "[I]f 'it plainly appears from the petition [and any attached exhibits] that the petitioner is not entitled to relief in the district court,' the court must summarily dismiss the petition without ordering a responsive pleading." *Mayle v. Felix*, 545 U.S. at 656 (quoting Rule 4 of the Rules

Governing Section 2254 Cases in the United States District Courts).  Habeas Rules 2 and 4 are applicable to § 2241 petitions through Rule 1(b). *Antonelli v. Sanders*, 2006 U.S. Dist. LEXIS 14787 at * 3, 2:06CV00052 SWW-JFF (E.D. Ark. Feb. 24, 2006) (recommended disposition), adopted by order of district court, 2006 U.S. Dist. LEXIS 14788 (March 15, 2006); *Christian v. Holt*, 2005 U.S. Dist. LEXIS 31054 at * 2 (M.D. Pa. Nov. 8, 2005). To avoid summary dismissal, a petitioner must "'state facts that point to a real possibility of constitutional error,'" *Mayle v. Felix*, 545 U.S. at 655 (quoting Advisory Committee's Note on Habeas Corpus Rule 4), or "state facts that point to a real possibility of a violation of federal law," *Antonelli v. Sanders*, 2:06CV00117 JLH-JFF at ** 10-11 (E. D. Ark. May 11, 2006) (recommended disposition), adopted by order of district court (May 26, 2006).

Petitioner has not stated facts that point to a real possibility of constitutional error or of a violation of federal law.  Furthermore, his challenge to Faulkner County jail staff's holding him in county jail is moot as he was released from the jail on February 16, 2007, to the United States Marshals Service pursuant to the federal detainer. The Magistrate Judge recommends that Petitioner's petition for writ of habeas corpus be summarily dismissed with prejudice.

THEREFORE, the Magistrate Judge recommends that Petitioner's petition for writ of habeas corpus be summarily dismissed with prejudice.

Dated this 22nd day of March, 2007.

       /s/ John F. Forster, Jr.
UNITED STATES MAGISTRATE JUDGE