IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SERGIO TAVAR LONGORIA**                                       **PLAINTIFF**

VS.                   **CASE NO. 4:07CV00075 JMM**

**CARL BYRD, SHERIFF**
**FAULKNER COUNTY JAIL**                                      **DEFENDANT**

**ORDER**

The Clerk of the Court is directed to mail a copy of the March 22, 2007 Proposed Findings and Recommendations to plaintiff at his new address in Brownsville, Texas. Plaintiff shall have fourteen (14) days from the date of this Order to file his objections.

IT IS SO ORDERED THIS  10  day of  April , 2007.

_____
James M. Moody
United States District Court