IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SERGIO TAVAR LONGORIA                                                                 PETITIONER

v.                              NO. 4:07CV00075   JMM-JFF

CARL BYRD, Sheriff,
Faulkner County Jail                                                                  RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

It is therefore ordered that Petitioner's petition for writ of habeas corpus is summarily dismissed with prejudice.

IT IS SO ORDERED this   2   day of   May  , 2007.

_____
UNITED STATES DISTRICT JUDGE