IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SERGIO TAVAR LONGORIA                                              PETITIONER

v.                           NO. 4:07CV00075   JMM-JFF

CARL BYRD, Sheriff,
Faulkner County Jail                                               RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is considered, ordered, and adjudged that Petitioner's petition for writ of habeas corpus is summarily dismissed with prejudice.

IT IS SO ADJUDGED this    2    day of    May   , 2007.

_____
UNITED STATES DISTRICT JUDGE